

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/02/2024 01:35 PM

COURTROOM Room 4-102

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 2:23-bk-01224-FMD | 13 | 10/12/2023 |

**Chapter 13**

**DEBTOR:**   Amber Schwartz

**DEBTOR ATTY:**   Charles Hayes

**TRUSTEE:**   Jon Waage

**HEARING:**

Continued Confirmation Hearing

**APPEARANCES::** Kimberly McIntyre

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Confirmation Hearing -   Continued to 8/22/2024 at 1:35 pm, Announced in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.