**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:                                                    Case No. 2:23-bk-01224-FMR
                                                          Chapter 13

Amber Lynn Schwartz

    Debtor(s)

_____/

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN**

> **A preliminary hearing in this case will be held on August 25, 2026 at 2:15 *pm* before the Honorable Luis E. Rivera II, United States Bankruptcy Judge, in Courtroom 4-102, United States Courthouse, 2110 First Street, Fort Myers, Florida.**
> **The Court will conduct the hearing in person at the location identified in this notice. Parties are directed to consult Judge Rivera's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/rivera/. If you are unable to access the Court's website, please contact the Courtroom Deputy at (813) 301-5195 no later than 3:00 p.m. one business day before the date of the hearing.**

COMES NOW, DARYL J. SMITH, the Chapter 13 Standing Trustee, by and through the undersigned attorney, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

1.    The Debtor's current Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on October 12, 2023.

2.    On March 12, 2025 the Court entered an Order Confirming Debtor's Plan. The Order Confirming Plan provided in part that the Debtor(s) must commit all tax returns and refunds to the Plan each year during the applicable plan period beginning with tax year 2023.

3.    It appears as though the Debtor(s) failed to comply with the Order Confirming Plan to provide their 2025 federal income tax return and any refund they might have received. **Failure to turn over**

**the return and any refund may result in a dismissal of your case for failure to comply with the Court Order.**

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire
Staff Attorney for Chapter 13 Trustee
Florida Bar No. 722855
P.O.  Box 25001
Bradenton, Florida 34206-5001
Phone:   (941) 747-4644
Fax:      (941) 750-9266

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished electronically by CM/ECF services and/or by U.S. Mail to Amber Lynn Schwartz,  11636 MeadowRun Cir , Fort Myers, FL 33913 and Charles R. Hayes, Esq., 2590 Northbrooke Plaza Drive, Suite #303, Naples, FL 34119-, on July 17, 2026.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire

DJS/MEC/cc