UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

                                                    Chapter 13

Amber Lynn Schwartz

                                                    Case No: 2:23-bk-01224-FMD

              Debtors:

_____/

### DEBTOR'S VERIFIED MOTION FOR VOLUNTARY DISMISSAL

COMES NOW the Debtor, Amber Lynn Schwartz by and through her undersigned attorney, and hereby files this Motion for Voluntary Dismissal and in support thereof states as follows:

1. On October 12, 2023, the Debtor filed the instant Chapter 13 case, seeking the fundamental protections of the bankruptcy laws and rules.

2. At this time the Debtor wishes to voluntarily dismiss her chapter 13 case.

WHEREFORE, the Debtor requests that this Honorable Court grant Debtors' Verified Motion for Voluntary Dismissal and for such other and further relief as this Honorable Court deems just and proper.

*Amber Schwartz*                    07/17/2026
Amber Lynn Schwartz, Debtor                    Date

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, Daryl Smith, Trustee, P.O. Box 25001, Bradenton, FL 34206-5001; and Amber Lynn Schwartz, 11636 Meadow Run Cir, Fort Myers, FL 33913 by first class U.S. Mail, postage fully prepaid, or by electronic notice on this __17__ day of July, 2026

/s/ Charles R. Hayes, Esq.
Charles R. Hayes, Esq.
FL State Bar No. 0047720
Charles R. Hayes, P.A.
2590 Northbrooke Plaza Dr. Suite 303
Naples, FL 34119
(239) 431-7619
Chayespa@gmail.com
Attorney for the Debtor